# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

Chattanooga Division

David Michael King
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

17th Judicial Drug Task force
Steven Daugherty
Casey Cordova
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 1:24-mc-4 TRM/SKL
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

FILED
JAN 09 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: David Michael King
   Address: 112 Northcreek Dr. Bedford County Jail
   City: Shelbyville   State: TN   Zip Code: 37160
   County:
   Telephone Number:
   E-Mail Address:

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Steven Daugherty
   Job or Title: Special Agent
   Address: 209 N 1st Ave
   City: Lewisburg   State: TN   Zip Code: 37091
   County:
   Telephone Number: 931-224-0336
   E-Mail Address:

   ☒ Individual capacity   ☒ Official capacity

   Defendant No. 2
   Name: Casey Cordova
   Job or Title: Special Agent 17th Judicial DTF
   Address: 168 Northcreek Dr.
   City: Shelbyville   State: TN   Zip Code: 37160
   County:
   Telephone Number:
   E-Mail Address:

   ☒ Individual capacity   ☒ Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

             *City*           *State*           *Zip Code*

   County
   Telephone Number
   E-Mail Address *(if known)*

   [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

             *City*           *State*           *Zip Code*

   County
   Telephone Number
   E-Mail Address *(if known)*

   [ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A.    Are you bringing suit against *(check all that apply)*:

        [ ] Federal officials (a *Bivens* claim)

        [X] State or local officials (a § 1983 claim)

   B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The 4th, 8th, 14th Amendments of the United States Constitution

   C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The 17th Judicial Drug Task Force used there Authority to violate my constitution rights by alledgedly having probable cause to search a camper that I never owned Nor did they find anything upon searching this camper that wasn't even mine then for one charge called Commissioner and set my bail at $50,000.

III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

455 Troupe Rd. Shelbyville, TN 37160 is the camper they searched where they did not find anything related to my case.

B. What date and approximate time did the events giving rise to your claim(s) occur?

July 28th, 2023 unsure of the time

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The 17th Judicial Drug task force did unlawfully charge me with the sale of Schedule II upon which I am going to court for now and have the females name in my warrant which on July 28th she did voluntarily come to my buddies RV/Camper and sale *me* Xanexes a schedule 4 drug and drug task force paid her Bogus Sale.

IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Physical Injury has not occured but plaintiff has lost months of his freedom by the 17th judicial drug task force not properly doing there job or following laws.

V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Plaintiff seeks declaratory relief, compensatory and punitive damages. Preliminary and permanent injunction relief. Taking plaintiffes freedom with no just cause and fabricating a police report to do so. $360 dollars a day and for the 17th judicial drug task force to drop all charges and put policies in effect to help protect other citizens from getting descriminated against.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01-01-2024

Signature of Plaintiff: David M. King
Printed Name of Plaintiff: David Michael King

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

City    State    Zip Code

Telephone Number:
E-mail Address: